IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00143-REB-BNB

KAREN K. PALMER,

Plaintiff,

v.

SAFEWAY INC., a Delaware corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the Motion for Protective Order [docket no. 7, filed April 5, 2009] is GRANTED.

DATED:  April 7, 2009